**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 10-6-DLB-CJS**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**vs.**                           **ORDER ADOPTING
REPORT AND RECOMMENDATION**

**ROBERT POWERS**                                                         **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the June 26, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Robert Powers's supervised release and impose a sentence of six (6) months, with a fifteen (15) year term of supervised release to follow. (Doc. # 53). The Final Revocation Hearing was held on June 21, 2017, wherein Defendant admitted and pled guilty (Doc. # 51) to the violations as described in the June 7, 2017 Supervised Release Violation Report and the June 20, 2017 Addendum to the Violation Report. (Sealed Docs. # 48 and 52).

Defendant waived his right to allocution (Doc. # 54) and his right to file objections to the R&R (Docs. # 51 and 53), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1

1. The Report and Recommendation (Doc. # 53) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant Robert Powers is found to have **VIOLATED** the terms of his supervised release as outlined in the Sealed Supervised Release Violation Report and Sealed Addendum to the Violation Report;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months**, with a **fifteen (15) year term** of supervised release to follow, with all previously imposed conditions of supervised release being reimposed upon Defendant;

5. Defendant's sentence, if possible, shall be served at the federal correctional facility located in Texas, where he served his sentence for his original conviction; and

6. A Judgment shall be entered concurrently herewith.

This 27th day of June, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2010\10-06 Order Adopting R&R re SRV.wpd